UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case
```
                                                    FILED: AUG 15, 2008
                                                    08CV4647
                                                    JUDGE ZAGEL
                                                    MAGISTRATE JUDGE MASON
                                                    JFB
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| SIGNATURE |  |
|---|---|
| FIRM |  |
| STREET ADDRESS |  |
| CITY/STATE/ZIP |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES     NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES     NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES     NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL     APPOINTED COUNSEL | |

Case 1:08-cv-04647    Document 6    Filed 08/15/2008    Page 2 of 2